# CBHV

COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

| CBHV Reference #: | Amount Due: |
|---|---|
| ▉1138 | $730.66 |

**DATE:** 08/31/17

Please write your CBHV Reference # on your check.

Change of Address ☐

(fill out on reverse side)

1 MB   *A-01-WL6-AM-02434-10

CHARDE LOCKETT
PO BOX 818
LINDENHURST NY 11757-0818



— Please send correspondence to this address. —

CBHV
PO BOX 831
NEWBURGH NY 12551-0831

▲ DETACH HERE ▲

Dear CHARDE LOCKETT:

This past due account has been placed for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please see reverse side for important information.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Amount Due |
|---|---|---|---|---|
| CON EDISON COMPANY OF NEW YORK INC | ▉8802 | ▉1138 | 11/01/16 | $730.66 |



**Phone or Web Payment**

For inquiries or to make a payment by phone, please call
MRS LAWSON at (845) 913-7405 or (860) 362-1004.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment



**Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):**

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*

 **IC System**
P.O. Box 64437
St. Paul, MN 55164-0437

444 Highway 96 East  PO Box 64378
St. Paul, MN 55164-0378
www.yourpayment.com
Toll-Free No: 866-379-7820

**ACCOUNT SUMMARY**

Creditor: Con Edison
Account No: ████8802
I.C. System Reference No: ████3-1-59

**BALANCE DUE:** $709.22

$0.00 has been Paid Since Placement

December 30, 2016

Charde Lockett
PO Box 818
Lindenhurst, NY 11757-0818

Charde Lockett:

Your delinquent account has been turned over to this collection agency.

Please tear off the bottom portion of this letter and return it with your payment.

We would like to offer you flexible payment terms or an opportunity for a Substantial settlement on your account. Please contact us at 866-379-7820 to take advantage of one of these great offers. Again that number is 866-379-7820.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

---

Tear or Cut here    Wondering if you can get a better deal on your energy needs? Explore your choices at PowerYourWay.com.    Page 1 of 2

P.O. Box 138
New York, NY 10276-0138    or 1-877-202-6655

**conEdison**

**Payment slip**
Please make checks payable to Consolidated Edison Company of N.Y. Inc.

**A FINAL TURN-OFF NOTICE** is in effect. Please see important information in the Message Center.

Your account number: ████802-0

**Total amount due: $690.18**

Amount enclosed:

00011272 01 AV  0.373 01  TR 00031 CEQDNS11 0100010000
CHARDE LOCKETT
14-34 110 ST 6E
COLLEGE POINT NY 11356-1445



JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP

████████8020████████

M79 M51
0033315


